**APPEAL, WDREF, CLMAGT, JNTADMN**

# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
### Bankruptcy Petition #: 19−30088

| | |
|---|---|
| *Assigned to:* Judge Dennis Montali | *Date filed:* 01/29/2019 |
| Chapter 11 | *Plan confirmed:* 06/20/2020 |
| Voluntary | *341 meeting:* 04/29/2019 |
| Asset | *Deadline for filing claims:* 10/21/2019 |
| | *Deadline for filing claims (govt.):* 10/21/2019 |

**Debtor**
**PG&E Corporation**
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177
SAN FRANCISCO−CA
(929) 333−8977
Tax ID / EIN: 94−3234914

represented by **Max Africk**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000
*TERMINATED: 11/12/2019*

**Peter J. Benvenutti**
Keller Benvenutti Kim LLP
650 California St. 19th Fl.
San Francisco, CA 94108
(415) 364−6798
Email: pbenvenutti@kbkllp.com

**Kevin Bostel**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Lee Brand**
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Fl.
San Francisco, CA 94111−5998
415−983−1116
Email: lee.brand@pillsburylaw.com

**Timothy G. Cameron**
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019
(212) 474−1120

**Jared R. Friedmann**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Andriana Georgallas**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Stuart J. Goldring**
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153
(212) 310−8000

**Matthew Goren**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David A. Herman**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796−0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364−6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861−5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108

415−364−6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212−474−1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108
415−636−9015
Email: trupp@kbkllp.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683−9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153−0119
(212) 310−8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212−310−8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue

New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333−8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415)705−3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7−500
Sacramento, CA 95814
(916) 930−2076
Email: jason.blumberg@usdoj.gov

**Cameron M. Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784−5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee − San Jose
280 South 1 St., Suite 268
San Jose, CA 95113
(408) 535−5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee − SF
450 Golden Gate Ave.
Suite 05−0153
San Francisco, CA 94102
(415) 705−3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05−0153
San Francisco, CA 94102
(415) 252−2062
Email: marta.villacorta@usdoj.gov

*Creditor Committee*
**Official Committee Of Unsecured Creditors**

represented by **Paul S. Aronzon**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4000

Email: paronzon@milbank.com

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386−4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001−2163
(212) 530−5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386−4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835−7500
Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530−5000
Email: AStone@milbank.com

*Creditor Committee*
**Official Committee of Tort Claimants**      represented by    **Lauren T. Attard**
Baker Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025−0509

(310) 820−8800
Email: lattard@bakerlaw.com

**Chris Bator**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: cbator@bakerlaw.com

**Dustin M. Dow**
Baker & Hostetler LLP
127 Public Square #2000
Cleveland, OH 44114
(216) 621−0200
Email: ddow@bakerlaw.com

**Cecily Ann Dumas**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
415−659−2600
Email: cdumas@bakerlaw.com

**Joseph M. Esmont**
Baker & Hostetler LLP
127 Public Sq., #2000
Cleveland, OH 44147
(216) 861−7835
Email: jesmont@bakerlaw.com

**Lars H. Fuller**
Baker & Hostetler LLP
1801 California St #4400
Denver, CO 80202
(303) 764−4114
Email: lfuller@bakerlaw.com

**Eric R. Goodman**
Brown Rudnick LLP
601 Thirteenth St. NW, #600
Washington, DC 20005
(202) 536−1740
Email: egoodman@bakerlaw.com
*TERMINATED: 04/07/2021*

**Elizabeth A. Green**
BakerHostetler LLP
200 S. Orange Ave. #2300
Orlando, FL 32801
(407) 649−4000
Email: egreen@bakerlaw.com

**Robert A. Julian**
Baker and Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111−2806
(415) 569−2600
Email: rjulian@bakerlaw.com

**Elyssa S. Kates**

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703−1315
Email: kkleber@bakerlaw.com

**John H. MacConaghy**
MacConaghy and Barnier
645 1st St. W #D
Sonoma, CA 95476
(707) 935−3205
Email: macclaw@macbarlaw.com

**Kimberly S. Morris**
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
(415) 659−2600
Email: kmorris@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442−8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861−1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442−8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114−1214
(614) 462−2677
Email: cwoltering@bakerlaw.com

*TERMINATED: 04/01/2020*

| Filing Date | # | Docket Text |
|---|---|---|
| 09/07/2021 | 11202 | Statement of Issues on Appeal,*and Designation of Record* (RE: related document(s)11199 Notice of Appeal filed by Debtor Accountant PricewaterhouseCoopers LLP). Filed by Debtor Accountant PricewaterhouseCoopers LLP (Cave, Matthew) (Entered: 09/07/2021) |
| 09/21/2021 | 11281 | Appellee Designation of Contents for Inclusion in Record of Appeal (RE: related document(s)11199 Notice of Appeal filed by Debtor Accountant PricewaterhouseCoopers LLP). Filed by Other Prof. John K. Trotter (Borges, Evan) (Entered: 09/21/2021) |

KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Kevin C. Kroll (SBN 301532)
kkroll@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401

*Attorneys for PricewaterhouseCoopers LLP*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Debtors. | CASE NO. 19-30088 (DM)<br>Chapter 11<br><br>**PRICEWATERHOUSECOOPERS LLP'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL** |

Case: 19-30088   Doc# 11300-2   Filed: 09/27/21   Entered: 09/27/21 20:31:47   Page 9 of 14
PRICEWATERHOUSECOOPERS LLP'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

9

Pursuant to Federal Rules of Bankruptcy Procedure ("FRBP") Rule 8009, PricewaterhouseCoopers LLP ("PwC") hereby submits the following statement of the issues to be presented and designation of the items to be included in the record on appeal of the Bankruptcy Court's order dated August 24, 2021 (the "Order") compelling PwC's compliance with a Rule 2004 Subpoena in relation to the General Rate Case documents in the above-captioned proceeding.

## I. STATEMENT OF ISSUES ON APPEAL

Was the Bankruptcy Court's finding that the Trustee of the Fire Victim Trust may obtain information that does not relate in any way to causation of the wildfires an abuse of discretion, given that the claims assigned by PG&E Corporation ("PG&E Corp.") and its primary operating subsidiary, Pacific Gas and Electric Company (the "Utility"; together with PG&E Corp., "PG&E"), to the Trustee were limited to those relating to causation of the wildfires?

## II. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

PwC hereby designates the following items of record on appeal to be certified to the District Court pursuant to Bankruptcy Rule 8009(a)(1)(A) and (a)(4):

| **Docket Number** | **Date** | **Description** |
|---|---|---|
| 6351 | 3/17/2020 | *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of |

1

Case: 19-30088   Doc# 11202   Filed: 09/07/21   Entered: 09/07/21 16:54:43   Page 2
STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL

10

| | | |
|---|---|---|
| | | An Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP |
| 6351-2 | 3/17/2020 | Rule 2004 Subpoena – Exhibit B to *Ex Parte* Motion of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP |
| 6866 | 4/21/2020 | Order Regarding Rule 2004 Applications Filed by the Official Committee of Tort Claimants |
| 7711 | 6/2/2020 | Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 7711-1 | 6/2/2020 | Schedule of Assigned Rights and Causes of Action – Exhibit A to Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 7718 | 6/2/2020 | Order Approving Stipulation Addressing Certain Plan Confirmation Objections of the Official Tort Claimants Committee |
| 8048 | 6/19/2020 | Amended Chapter 11 Plan Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 Filed by Debtor PG&E Corporation |
| 8053 | 6/20/2020 | Order Confirming Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated June 19, 2020 and Notice of Order Confirming Plan |
| 8480 | 7/22/2020 | Order Regarding Transfer of Pending Rule 2004 Examinations to the Wildfire Victim Trust |

| 11055 | 8/11/2021 | Order Compelling PricewaterhouseCoopers LLP's Compliance with Rule 2004 Subpoena |
| --- | --- | --- |
| 11109 | 8/19/2021 | Trustee's Letter Brief/Memorandum in support of Fire Victim Trustee's Request for PricewaterhouseCoopers LLP's Documents Relating to PG&E's General Rate Case |
| 11133 | 8/19/2021 | PricewaterhouseCoopers LLP's Letter Brief/Memorandum in opposition of Fire Victim Trustee's Request for PricewaterhouseCoopers LLP's Documents Relating to PG&E's General Rate Case |
| 11145 | 8/24/2021 | Order Compelling PricewaterhouseCoopers LLP's Compliance with Rule 2004 Subpoena in Relation to the General Rate Case Documents |

Dated:  September 7, 2021               KIBLER FOWLER & CAVE LLP


                                        By:       /s/ Matthew J. Cave
                                            MICHAEL D. KIBLER
                                            MATTHEW J. CAVE
                                            KEVIN C. KROLL
                                            Attorneys for PricewaterhouseCoopers LLP

3

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

1  EVAN C. BORGES, State Bar No. 128706
     EBorges@GGTrialLaw.com
2  SARAH KELLY-KILGORE, State Bar No. 284571
     SKellyKilgore@GGTrialLaw.com
3  GREENBERG GROSS LLP
   601 S. Figueroa Street, 30th Floor
4  Los Angeles, California 90017
   Telephone: (213) 334-7000
5  Facsimile: (213) 334-7001

6  *Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*

7

                    **UNITED STATES BANKRUPTCY COURT**

             **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DESIGNATION OF TRUSTEE OF FIRE VICTIM TRUST OF ADDITIONAL ITEMS FOR RECORD ON APPEAL** |
| **Debtors.** | |
| ☐  Affects PG&E Corporation | |
| ☐  Affects Pacific Gas and Electric Company | |
| ■  Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## I. DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

Pursuant to Bankruptcy Rule 8009(a)(2), the Trustee hereby designates the following items to be included in the record on appeal in Case No. 21-cv-07118-HSG:

1. Dkt. No. 6473 (filed 3/24/2020): Order Granting the Ex Parte Application of the Official Committee Of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP;

2. Dkt. No. 10913 (filed 7/13/2021): *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le;

3. Dkt. No. 10915 (filed 7/13/2021): Declaration of Sarah Kelly-Kilgore in Support of *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le;

4. Dkt. No. 10947 (filed 7/16/2021): Order Granting *Ex Parte* Application of the Fire Victim Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP Employee Hugh Le.

DATED: September 21, 2021            GREENBERG GROSS LLP

By: /s/ Evan C. Borges
Evan C. Borges
Sarah Kelly-Kilgore

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*