# CASE NO. 21-CV-07118-HSG

KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Kevin C. Kroll (SBN 301532)
kkroll@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Pricewaterhouse Coopers LLP*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>               Debtors. | CASE NO. 21-CV-07118-HSG<br>Chapter 11<br><br>Bankr. Case No. 19-30088 (DM) |
| PRICEWATERHOUSECOOPERS LLP,<br><br>           Appellant,<br><br>     v.<br><br>PG&E FIRE VICTIM TRUST,<br><br>           Appellee. | **NOTICE RE: HEARING DATE FOR APPELLANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR STAY OF ORDER PENDING APPEAL**<br><br>Date:   February 3, 2022<br>Time:   2:00 p.m.<br>Crtrm.: 2, 4th Floor<br><br>Judge:  Haywood S. Gilliam, Jr. |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025
KF&C

**TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on February 3, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Haywood S. Gilliam, Jr., located in the United States Courthouse for the Northern District of California, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612, Appellant PricewaterhouseCoopers LLP ("PwC") will and hereby does move this Court for a stay from the Bankruptcy Court's Order entered August 24, 2021 (the "Order") compelling PwC's compliance with a Rule 2004 Subpoena in relation to the General Rate Case documents pending PwC's appeal of the Order before this Court.

Dated: October 4, 2021          KIBLER FOWLER & CAVE LLP


By:       /s/ Matthew J. Cave
                    MICHAEL D. KIBLER
                    MATTHEW J. CAVE
                    KEVIN C. KROLL
                    Attorneys for PricewaterhouseCoopers LLP

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025
KF&C

NOTICE RE: HEARING DATE FOR APPELLANT PRICEWATERHOUSECOOPERS LLP'S MOTION FOR STAY OF ORDER PENDING APPEAL