EVAN C. BORGES, State Bar No. 128706
 EBorges@GGTrialLaw.com
SARAH KELLY-KILGORE, State Bar No. 284571
 SKellyKilgore@GGTrialLaw.com
GREENBERG GROSS LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 334-7000
Facsimile: (213) 334-7001

*Attorneys for The Honorable John K. Trotter (Ret.), Trustee of the PG&E Fire Victim Trust*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RE:<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>　　　　　Appellant,<br><br>　　　　　v.<br><br>PG&E FIRE VICTIM TRUST,<br><br>　　　　　Appellee. | District Court Case No.<br>21-cv-07118-HSG |
| In re:<br><br>PG&E CORPORATION<br><br>　　-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER EXTENDING BY FIVE DAYS DEADLINE OF TRUSTEE OF FIRE VICTIM TRUST TO FILE OPPOSITION TO MOTION BY PRICEWATERHOUSECOOPERS LLP FOR STAY OF ORDER PENDING APPEAL** |

Case No. 21-cv-07118-HSG.
ORDER EXTENDING BY FIVE DAYS TRUSTEE'S DEADLINE TO FILE OPPOSITION TO PWC'S
MOTION FOR STAY OF ORDER PENDING APPEAL

Pursuant to the foregoing Stipulation, and good cause appearing, the Court hereby ORDERS that the Trustee's deadline to file an Opposition to PwC's Stay Motion is extended up to and including Wednesday, October 20, 2021, and PwC's deadline to file its Reply is extended up to and including October 27, 2021.

DATED: 10/18/2021

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge