**CASE NO. 21-CV-07118-HSG**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>        Debtors.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>        Appellant,<br><br>    v.<br><br>PG&E FIRE VICTIM TRUST,<br><br>        Appellee. | CASE NO. 21-CV-07118-HSG<br>Chapter 11<br><br>Bankr. Case No. 19-30088 (DM)<br><br>**ORDER CLARIFYING BRIEFING SCHEDULE RE: MOTION FOR LEAVE TO APPEAL AND PRINCIPAL APPELLATE BRIEF** |

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 360
Los Angeles, California 90025

Based on the Parties' *Joint Request for Clarification on Briefing Schedule Re: Motion for Leave to Appeal, and Principal Appellate Brief*, and good cause appearing, the Court hereby clarifies and ORDERS that no appellate briefs are due unless and until the Court decides Appellant PwC's pending Motion for Leave to Appeal, and in that event, only if the Court grants the Motion for Leave to Appeal, in which case Appellant's principal appellate brief will be due thirty (30) days following notice of the ruling on the Motion for Leave to Appeal.

Dated: 10/20/2021

_____
Hon. Haywood S. Gilliam, Jr.
U.S. District Judge